UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

           Plaintiff,

-against-

CVR ASSOCIATES INC., et al.,

           Defendants.

1:19-CV-9185 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued November 26, 2019, dismissing this action as frivolous,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated:   November 26, 2019
            New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge